UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN KRIS PERKINS,

    Plaintiff,

v.                                                                                             Case No. 3:23cv8006-LC-HTC

JEFFERY (LAST NAME UNKNOWN),
DESTIN (LAST NAME UNKNOWN),

    Defendants.

_____/

REPORT AND RECOMMENDATION

Plaintiff, Sean Kris Perkins, a pretrial detainee at Santa Rosa County Jail, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, which was not accompanied by a motion to proceed *in forma pauperis* or a filing fee. ECF Doc. 1. After screening the complaint, the Court found it to be not only procedurally deficient but also "nonsensical" and ordered Plaintiff to, within twenty-one (21) days: (1) file an amended complaint and (2) either pay the filing fee or submit a motion to proceed *in forma pauperis*. ECF Doc. 3 (April 13 Order). The April 13 Order expressly warned Plaintiff that his failure to comply with it could result in a recommendation of dismissal. *Id.* at 3.

On or about May 1, 2023, Plaintiff filed a motion to proceed *in forma pauperis* but no amended complaint. *See* ECF Doc. 4. On May 8, 2023, the Court denied Plaintiff's motion upon finding he was not indigent. ECF Doc. 5. The May 8 Order gave Plaintiff an additional twenty-one (21) days to pay the filing fee *and* show cause why he had not complied with the Court's April 13 Order requiring him to file an amended complaint. ECF Doc. 5. To date, however, Plaintiff has not filed an amended complaint, paid the fee, or otherwise responded to the Court's May 8 Order.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of June, 2023.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1.