UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN KRIS PERKINS,

    Plaintiff,

v().                                             Case No. 3:23cv8006-LC-HTC

JEFFERY (LAST NAME UNKNOWN),
DESTIN (LAST NAME UNKNOWN),

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 6, 2023 (ECF No. 6), recommending dismissal of Plaintiff's claims against Defendants for failure to prosecute and failure to comply with Court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to follow orders of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of July, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv8006-LC-HTC